JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHRAM ANTONYAN, as an individual, on behalf of himself, all others similarly situated, and the general public, | Case No.: 2:21−cv−00945 DMG (RAOx) |
| Plaintiff, | **ORDER  [52[** |
| vs. | |
| FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

# ORDER

Upon the review of the signed stipulation submitted to this Court by Plaintiff VAHRAM ANTONYAN and Defendant FORD MOTOR COMPANY,

**IT IS HEREBY ORDERED** that

The action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 16, 2024

Dolly M. Gee
Chief U.S. District Judge